# IN THE SUPREME COURT OF THE STATE OF NEVADA

ELIAHU ELEZRA, A/K/A ELI ELEZRA;
AND PINI LABOUZ,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE LINDA MARIE
BELL, DISTRICT JUDGE,
Respondents,
and
JOHN BERRY,
Real Party in Interest.

No. 69654

**FILED**

JAN 28 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



## *ORDER DENYING PETITION*

This original petition for a writ of mandamus or prohibition challenges a district court order denying a motion for summary judgment. Having considered the petition and supporting documents, we conclude that our extraordinary intervention is not warranted because an appeal from any adverse judgment provides petitioners with an adequate remedy at law, *see* NRS 34.170; NRS 34.330; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) ("[T]he right to appeal is generally an adequate legal remedy that precludes writ relief."), and they have not demonstrated that summary judgment was clearly required by a statute or rule or that an important issue of law requires clarification, *see Nevada Ass'n Servs., Inc. v. Eighth Judicial Dist. Court*, 130 Nev., Adv. Op. 94, 338 P.3d 1250, 1253 (2014) (reiterating that this court "generally will not exercise [its] discretion to consider petitions for extraordinary writ relief that challenge district court orders denying motions for summary judgment, unless summary judgment is clearly required by a statute or

16-02956

rule, or an important issue of law requires clarification" (quotation marks and citations omitted)); *Pan*, 120 Nev. at 228, 88 P.3d at 844 ("Petitioners carry the burden of demonstrating that extraordinary relief is warranted."). We therefore

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:    Hon. Linda Marie Bell, District Judge
Chattah Law Group
Ganz & Hauf/Las Vegas
Eighth District Court Clerk